# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax: [202] 502-2888<br>http://www.jpml.uscourts.gov |

RECEIVED AUG 2 7 2007
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

August 22, 2007

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: MDL-1699 -- IN RE Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

*Billie Jean Johnstone v. G.D. Searle, LLC, et al.*, N.D. Mississippi, C.A. No. 2:07-113

Dear Mr. Wieking:

A conditional transfer order was filed in the above matter on July 19, 2007. Prior to the expiration of that order's 15-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Dana L. Stewart
Deputy Clerk

Enclosures

cc: Transferee Judge: Judge Charles R. Breyer
    Transferor Judge: Judge W. Allen Pepper, Jr.
    Transferor Clerk: David Crews

JPML Form 68

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 2 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: BEXTRA AND CELEBREX MARKETING,
SALES PRACTICES AND PRODUCTS LIABILITY
LITIGATION
    Billie Jean Johnstone v. G.D. Searle, LLC, et al.,  )
        N.D. Mississippi, C.A. No. 2:07-113         )

MDL No. 1699

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

     A conditional transfer order was filed in this action (*Johnstone*) on July 19, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Johnstone* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

     IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-77" filed on July 19, 2007, is LIFTED. The action is transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Breyer.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

INVOLVED COUNSEL LIST
MDL NO. 1699
IN RE Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Walter T. Johnson
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Gregory A. Markel
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Amy W. Schulman
DLA Piper
1251 Avenues of the Americas
45th Floor
New York, NY 10020-1104

Navan Ward, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103