1   Frank Woodson
    Navan Ward
2   **BEASLEY, ALLEN, CROW, METHVIN,**
    **PORTIS & MILES, P.C.**
3   218 Commerce Street
    P.O. Box 4160
4   Montgomery, Alabama 36103
    Telephone: 334-269-2343
5   Facsimile: 334-954-7555
    Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX          **MDL NO. 1699**
    MARKETING SALES PRACTICES AND       **District Judge:  Charles R. Breyer**
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *William Randolph Hall, Sr. vs. Pfizer Inc, et al.*     **STIPULATION AND ORDER OF**
    (06-2273 CRB)                                            **DISMISSAL WITH PREJUDICE**
16

17  *Roger Harper vs. Pfizer Inc, et al.*
    (06-6023 CRB)

18  *Sandra Hawkins, et al. vs. Pfizer Inc, et al.*
    (07-2218 CRB)
19

20  *Leon Hendrix vs. Pfizer Inc, et al.*
    (08-0704 CRB)

21  *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.*
    (07-4383 CRB)
22

23  *Charles Lee Holmes vs. Pfizer Inc, et al.*
    (06-4211 CRB)

24  *Bruce Holzwarth vs. Pfizer Inc, et al.*
    (07-3035 CRB)
25

26  *David E. Huard vs. Pfizer Inc, et al.*
    (08-0796 CRB)

27  *Clifford Jackson vs. Pfizer Inc, et al.*
    (06-5042 CRB)
28

                                -1-

                **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
    EAST\42579891.1

1  *Debbie Jackson, et al. vs. Pfizer Inc, et al.*
   (06-2605 CRB)
2
   *Ozzie Jackson vs. Pfizer Inc, et al.*
3  (06-2274 CRB)

4  *Ronald Jacoby vs. Pfizer Inc, et al.*
   (07-4689 CRB)
5
   *Kathy Jewell vs. Pfizer Inc, et al.*
6  (07-1355 CRB)

7  *Dorothy Johnson vs. Pfizer Inc, et al.*
   (06-5039 CRB)
8
   *Billie Jean Johnstone vs. G.D. Searle LLC, et
9  al.*
   (07-4549 CRB)
10
   *John R. Jones vs. Pfizer Inc, et al.*
11 (06-3899 CRB)

12 *Sylvester Jones vs. G.D. Searle LLC, et al.*
   (07-4550 CRB)
13
   *Robert K. Kiser II vs. Pfizer Inc, et al.*
14 (06-4104 CRB)

15 *Frank Klinger vs. G.D. Searle LLC, et al.*
   (05-4739 CRB)
16
   *Alberta A. Kreitzer vs. Pfizer Inc, et al.*
17 (08-2149 CRB)

18 *Vasudev Kulkarni vs. Pfizer Inc, et al.*
   (07-1528 CRB)
19
   *Bertha R. Lacy vs. Pfizer Inc, et al.*
20 (06-7383 CRB)

21 *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et
   al.*
22 (08-1856 CRB)

23 *Thomas Lauer vs. Pfizer Inc, et al.*
   (08-2854 CRB)
24
   *Barbara Laver vs. Pfizer Inc, et al.*
25 (08-3705 CRB)

26 *Kenneth Prouty, et al. vs. Pfizer Inc, et al.*
   (06-7631 CRB)
27
   *Vickie L. Lewis vs. Pfizer Inc, et al.*
28 (06-4284 CRB)

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

1

2
*Robert L. Lippincott vs. Pfizer Inc, et al.*
(07-5018 CRB)

3
*John Scarcliff vs. G.D. Searle LLC, et al.*
(05-4454 CRB)

4

5
*Norma Matthias vs. Pfizer Inc, et al.*
(06-7632 CRB)

6
*Elise Mayes vs. Pfizer Inc, et al.*
(08-3702 CRB)

7

8
*William D. McCluskey vs. Merck & Co. Inc, et al.*
(07-3342 CRB)

9

10
*Phyllis McCord vs. G.D. Searle LLC, et al.*
(05-4738 CRB)

11
*Barbara Dyer, et al. vs. Pfizer Inc, et al.*
(07-1317 CRB)

12

13
*Vince Mejer vs. Pfizer Inc, et al.*
(07-0237 CRB)

14
*James Byron McVay vs. Pfizer Inc, et al.*
(07-0861 CRB)

15

16
*Alfred Melton vs. Pfizer Inc, et al.*
(06-2745 CRB)

17
*Richard McNabb, et al. vs. Pfizer Inc, et al.*
(07-6450 CRB)

18

19
*Wilmer Merriweather vs. G.D. Searle LLC, et al.*
(05-4452 CRB)

20

21
*Rhoda Messer, et al. vs. Pfizer Inc, et al.*
(06-6588 CRB)

22
*Ronald Miller vs. Pfizer Inc, et al.*
(09-0892 CRB)

23

24
*Linda Mirza vs. Pfizer Inc, et al.*
(06-3818 CRB)

25
*Carolyn Montiforte vs. Pfizer Inc, et al.*
(07-4735 CRB)

26

27
*Henry C. Morris vs. Pfizer Inc, et al.*
(06-3686 CRB)

28
*Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1 | (09-0891 CRB)

2 | *Patsy Murry, et al. vs. Pfizer Inc, et al.*
| (06-7438 CRB)
3 |
| *Ed Narke vs. Pfizer Inc, et al.*
4 | (08-0260 CRB)

5 | *Dian C. Neal vs. Pfizer Inc, et al.*
| (06-3900 CRB)
6 |
| *Rosa M. Nelson vs. Pfizer Inc, et al.*
7 | (06-2275 CRB)

8 | *Cliff Norwood vs. G.D. Searle LLC, et al.*
| (05-4451 CRB)
9 |
| *Floyd Odom vs. Pfizer Inc, et al.*
10 | (07-5885 CRB)

11 | *Joan J. Opel vs. Pfizer Inc, et al.*
| (07-4372 CRB)
12 |
| *Mary Osteen vs. Pfizer Inc, et al.*
13 | (06-6928 CRB)

14 | *Elvis Owens, et al. vs. Pfizer Inc, et al.*
| (06-5002 CRB)
15 |
| *James Curtis Owens vs. Pfizer Inc, et al.*
16 | (06-1669 CRB)

17 | *Marvin Palmer vs. Pfizer Inc, et al.*
| (06-6499 CRB)
18 |
| *Albert Pearson vs. G.D. Searle LLC, et al.*
19 | (05-4455 CRB)

20 | *R.V. Perkins vs. Pfizer Inc, et al.*
| (08-3699 CRB)
21 |
| *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
22 | (05-4492 CRB)

23 | *Kirk Redenius vs. Pfizer Inc, et al.*
| (06-4901 CRB)
24 |
| *Linda Redinger vs. Pfizer Inc, et al.*
25 | (07-0454 CRB)

26 | *Tammy L. Ribble vs. Pfizer Inc, et al.*
| (06-7283 CRB)
27 |
| *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
28 | (06-6114 CRB)

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1

2  *Tracy Ring vs. G.D. Searle LLC, et al.*
   (06-0733 CRB)

3

4      Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

5  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

6  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

7  each side bearing its own attorneys' fees and costs.

8

9      DATED: 10·16 2009      By: *Plaen Word F.*

10                                **BEASLEY, ALLEN, CROW, METHVIN,**
                                  **PORTIS & MILES, P.C.**
11                                218 Commerce Street
                                  P.O. Box 4160
12                                Montgomery, Alabama 36103
                                  Telephone: 334-269-2343
13                                Facsimile: 334-954-7555

14                                *Attorneys for Plaintiffs*

15

16      DATED: Oct. 19, 2009      By:

17                                **DLA PIPER LLP (US)**
18                                1251 Avenue of the Americas
                                  New York, New York 10020
19                                Telephone: 212-335-4500
                                  Facsimile: 212-335-4501

20                                *Defendants' Liaison Counsel*

21

22

23  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
24  **IT IS SO ORDERED.**

25

26      Dated: 10/22/2009

27                                Hon. Charles R. Breyer
                                  United States District Court

28

                                    -5-

                  **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
                  EAST\42579891.1